# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

MICHAEL B. BONANDER,                         Civil No. 09-2795 (JRT/JJK)

                    Plaintiff,

v.                                                                          **ORDER**

BREG, INC. AND LMA NORTH
AMERICA, INC.,

                    Defendants.

_____

This matter came before this Court upon the Joint Stipulation of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)9ii), filed August 24, 2010 [Docket No. 90].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's claims in the above-captioned case be and are hereby dismissed as to Defendant LMA North America, Inc.

DATED: August 25, 2010
at Minneapolis, Minnesota.                                  s/ John R. Tunheim
                                                                 JOHN R. TUNHEIM
                                                       United States District Judge